# SATTIRAJU & THARNEY, LLP

50 Millstone Road
Building 300, Suite 202
East Windsor, NJ 08520

P: 609.469.2110

F: 609.228.5649

www.s-tlawfirm.com

RAVI SATTIRAJU*
MATTHEW J. THARNEY*+

ANTHONY S. ALMEIDA
STEVEN B. GLADIS^

^ Admitted to Practice in NJ and PA
+Certified by the Supreme Court of
New Jersey as a Certified Civil Trial Attorney

New York Office
One Penn Plaza, Suite 5315
New York, NY 11563

DIRECT EMAIL
rsattiraju@s-tlawfirm.com

DIRECT DIAL
609.469.2112

December 24, 2019

**VIA ECF ONLY**
Hon. Leda Dunn Wettre, U.S.M.J.
UNITED STATES DISTRICT COURT
District of New Jersey – Newark Vicinage
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 3C
Newark, New Jersey 07101

   **Re:** **Domenech, *et al*. v. National Water Main Cleaning Company**
      **Civil Action No.: 2:18-cv-08202-SDW-LDW**

Dear Judge Wettre:

  As you may recall, this law firm is co-counsel to Named Plaintiffs Enrique Domenech and Emmanuel Lopez ("Named Plaintiffs"), on behalf of themselves and all other similarly situated persons, in the above-referenced putative collective and class action. I am hereby filing executed copies of the Collective and Class Action Settlement Agreement and Release that was preliminarily approved by the Court yesterday.

  I thank Your Honor for your kind time and consideration of these submissions.

         Respectfully submitted,

         */s/ Ravi Sattiraju*

         RAVI SATTIRAJU

RS/asa
Enclosures
c. Gena Usenheimer, Esq. (Via Email Only)