# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENRIQUE DOMENECH and EMMANUEL LOPEZ,<br><br>    On behalf of themselves and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL WATER MAIN CLEANING COMPANY,<br><br>    Defendant. | Civil Action No.: 2:18-cv-08202-SDW-LDW |

## NOTICE OF NAMED PLAINTIFFS' UNOPPOSED MOTION FOR FINAL COLLECTIVE AND <u>CLASS ACTION SETTLEMENT APPROVAL</u>

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and other supporting papers, the undersigned counsel for Plaintiffs Enrique Domenech and Emmanuel Lopez will move pursuant to 29 U.S.C. § 216(b) and Rule 23(e) of the Rules of Federal Procedure for an Order:

1) Granting final, unconditional approval of the proposed "Collective and Class Action Settlement Agreement and Release" (Dkt. No. 67-1) (hereinafter the "Settlement" or "Settlement Agreement");[1]

2) Granting final collective and class certification of the proposed Settlement Class for settlement purposes only, pursuant to 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23(a) and (b);

---

[1] Unless otherwise specified, capitalized terms have the same definition as the terms in the Settlement Agreement.

3) Approving the Settlement Agreement and its terms as fair, reasonable and sufficient and in the best interests of the Settlement Class;

4) Finding that dissemination of the Settlement Notice was accomplished as directed by the Court in the Preliminary Approval Order and in accordance with due process;

5) Appointing the Named Plaintiffs as Settlement Class Representatives to act on behalf of the Settlement Class;

6) Appointing Settlement Class Counsel as counsel for the Settlement Class;

7) Granting the amount and disbursement of the Named Plaintiffs' unopposed Attorneys' Fee Award as expressed in the Settlement Agreement;

8) Granting the amount and disbursement of the Named Plaintiffs' unopposed request for reimbursement of their attorneys' litigation costs as expressed in the Settlement Agreement;

9) Granting the amount and disbursement of the Named Plaintiffs' unopposed request for Service Awards to each as expressed in the Settlement Agreement;

10) Directing that the balance of the Settlement Funds be distributed in accordance with the terms of the Settlement Agreement;

11) Order that the action be dismissed with prejudice; and

12) Retaining jurisdiction over this action for purposes only of overseeing all Settlement administration matters.

**WHEREFORE**, the Plaintiffs respectfully request that the Court enter an Order providing such relief.

Respectfully submitted,

Date:  April 1, 2020                             *s/ Ravi Sattiraju*
      East Windsor, New Jersey          Ravi Sattiraju, Esq.
                                                 **SATTIRAJU & THARNEY, LLP**
                                                 50 Millstone Road
                                                 Building 300, Suite 202
                                                 East Windsor, New Jersey 08520
                                                 Tel: (609) 469-2110
                                                 Email: rsattiraju@s-tlawfirm.com

                                                 Adam J. Shafran, Esq. (*Pro Hac Vice*)
                                                 **RUDLOPH FRIEDMANN, LLP**
                                                 92 State Street
                                                 Boston, Massachusetts 02109
                                                 Tel: (617) 723-7700
                                                 Email: ashafran@rflawyers.com

                                                 *Attorneys for Plaintiffs and all other similarly situated persons*.

## CERTIFICATE OF SERVICE

I hereby certify that on the **1st** day of April 2020, the foregoing Notice of Motion and all supporting papers were electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      *s/ Ravi Sattiraju*
RAVI SATTIRAJU, ESQ.
*Co-Counsel for Plaintiffs*